DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**JASMINE VELEZ,**
Appellant,

v.

**DAMARIS SLOANE,** individually and as Co-Trustee of the Iris Rivera Torres Revocable Trust dated March 11, 2019, **PAULINE VELEZ LOPEZ**, individually and as Co-Trustee of the Iris Rivera Torres Revocable Trust dated March 11, 2019, **SANJEER MOHAMMED** a/k/a **SANJEEV MOHAMED, GABRIELLA BARR,** and any unknow heirs, devisees, grantees, creditors, and other unknown persons or unknown spouses claiming by through and under **DAMARIS SLOANE, PAULINE VELEZ LOPEZ, SANJEER MOHAMMED** a/k/a **SANJEEV MOHAMED,** and **GABRIELLA BARR,** and **LISA BALI,**
Appellees.

No. 4D22-1597

[July 20, 2023]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Renatha S. Francis, Judge; L.T. Case No. 50-2020-CA-009304-XXXX-MB.

Justin C. Carlin of The Carlin Law Firm, PLLC, Fort Lauderdale, for appellant.

Nancy E. Guffey, Peter M. Feaman, Gordon A. Dieterle and Jeffrey T. Royer of Peter M. Feaman, P.A., Boynton Beach, for appellees Damaris Sloane, individually and as Co-Trustee, Pauline Velez Lopez, individually and as Co-Trustee, Sanjeer Mohammed a/k/a Sanjeev Mohamed, and Gabriella Barr.

PER CURIAM.

*Affirmed.*

GERBER and LEVINE, JJ., concur.
GROSS, J., dissents without opinion.

\*       \*       \*

*Not final until disposition of timely filed motion for rehearing.*